**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MELVIN JACKSON,**

     **Plaintiff,**

**v.**                                     **Case No: 5:18-cv-53-Oc-PRL**

**UNITED STATES OF AMERICA,**

     **Defendant.**

---

## ORDER

    This matter is before the Court on the United States' motion to extend expert disclosure and dispositive motion deadlines. (Doc. 37). The United States took the deposition of Plaintiff's late disclosed expert, Dr. Kirby on November 15, 2019. The United States now requests an extension of its deadlines to disclose rebuttal experts and to file *Daubert* and dispositive motions. While the motion is opposed, the Court finds that it can rule on the motion without Plaintiff's response given the history of the case and because the requested extensions will not impact other case deadlines.

    Accordingly, the United States' motion is **GRANTED**. The United States' deadline to disclose rebuttal expert witnesses is extended until **January 10, 2020** and its deadline to file *Daubert* and dispositive motions is extended until **January 24, 2020**. The Court will grant no further extensions in this case absent extraordinary circumstances.

    **DONE** and **ORDERED** in Ocala, Florida on December 11, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties